## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **McClennon Duncan** **Karlton Ghant,** Plaintiff | CIVIL FILE ACTION NO# **1:20-CV-04606-SCJ-LTW** |
| **v.** **CITY OF FAIRBURN** Defendant | **JURY TRIAL DEMANDED** |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS

Attorney Tamika Sykes of Sykes Law LLC (Counsel) pursuant to LR 83.1(E), NDGa, files this Motion to Withdraw as Counsel of Record for Plaintiffs McClennon Duncan and Karlton Ghant (Plaintiffs). Counsel has attached as Exhibit A, the Notice of Intent to File Motion to Withdraw as Counsel. Plaintiffs have been notified of Counsel Motion to Withdraw on July 7, 2021. Exhibit A, the Notice of Intent to File Motion Withdraw As Counsel which was served on Plaintiffs at Plaintiffs last known address and through secure client portal ,and in pertinent part states:

1) Tamika Sykes wishes to withdraw;

2) Sykes Law LLC wishes to withdraw;

3) This Court retains jurisdiction of the action;

4) That Plaintiff has the burden of keeping the Court informed respecting where notices, pleadings, or other papers may be served;

5) That Plaintiff has the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set;

6) That if Plaintiff fails or refuses to meet these burdens, Plaintiff may suffer adverse consequences, including,  in criminal  cases,  bond forfeiture and arrest;

7) That the dates of any scheduled proceedings, including trial, and that holding of such proceedings will not be affected by the withdrawal of Counsel;

8) That service of notices may be made upon Plaintiff at Plaintiff's last known address) as follows:

   McClennon Duncan - mackduncan1879@yahoo.com; 609 A College St. Carrollton, GA 30117
   Karlton Ghant-karltonghant@gmail.com; PO Box 35 McDonough, GA 30253

9) Plaintiffs have 14 days from the date of this Notice to notify the Court or Counsel of any objection to Counsel's withdrawal that Plaintiffs may have.

10)     Plaintiffs have been informed that the Clerk of the Northern

District of Georgia, Atlanta Division, where Plaintiff's case is

pending may be contacted through the following information:

Clerk Kevin P. Weimer
Richard B. Russell Federal Building
and Courthouse 75 Spring Street, SW
2211 U.S. Courthouse
Atlanta, GA 30303-3361
(404) 215-1655

11)     Counsel  for  Defendant  may  be  contacted through

the  following information:

Brenton S. Bean  and Travis M. Cashbaugh
Freeman Mathis & Gary, LLP
100 Galleria Parkway | Suite 1600 |
Atlanta, GA 30339-5948
bbean@fmglaw.com
tcashbaugh@fmglaw.com

Therefore, Attorney Tamika Sykes of Sykes Law LLC respectfully request

this court to grant this Motion to Withdraw As Counsel for Plaintiff.

Respectfully submitted this 29th day of July, 2021.


          /s/ Tamika Sykes                  ,

Tamika Sykes, Ga Bar #141617

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served the foregoing <u>MOTION TO</u>

<u>WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS</u>  on Plaintiffs

and Defendant's counsel through e-service notification from this Court's

electronic court filing system-CM/ECF; electronic mail, via client portal,

and/or last known address.

Respectfully submitted this 29th day of July, 2021.

<u>  /s/ Tamika Sykes         </u>,
Tamika Sykes, Ga Bar #141617
[tamikasykes@sykeslawllc.com](mailto:tamikasykes@sykeslawllc.com)



400 West Peachtree St. NW
Suite #4-532
Atlanta, Ga 30308
(404) 870-8414-Office

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **McClennon Duncan** | |
| **Karlton Ghant,,** | CIVIL FILE ACTION NO# |
| Plaintiff | **1:20-CV-04606-SCJ-LTW** |
| **v.** | |
| **CITY OF FAIRBURN** | |
| Defendant | **JURY TRIAL DEMANDED** |

## NOTICE OF INTENT TO FILE MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

In accordance with LR 83.1(E), NDGa, Tamika Sykes of Sykes Law LLC (Counsel) serves this notice of intent to seek permission to withdraw her representation as Counsel of record for McClennon Duncan and Karlton Ghant (Plaintiffs) in this matter. Please be advised of the following:

1. That Attorney Tamika Sykes wishes to withdraw;

2. That the Court retains jurisdiction of the action;

3. That Plaintiffs have the burden of keeping the Court informed respecting where notices, pleadings or other papers may be served;

**EXHIBIT A**

4. That Plaintiffs have the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set;

5. That if Plaintiffs fail or refuse to meet these burdens Plaintiff may suffer adverse consequences, including, in criminal cases, bond forfeiture and arrest;

6. That the dates of any scheduled proceedings, including trial, and that holding of such proceedings will not be affected by the withdrawal of Counsel;

7. That service of notices may be made upon Plaintiffs at Plaintiffs' last known address) as follows:

   McClennon Duncan - mackduncan1879@yahoo.com; 609 A College St. Carrollton, GA 30117; Karlton Ghant-karltonghant@gmail.com; PO Box 35 McDonough, GA 30253

8. Plaintiffs have 14 days from the date of this Notice to notify the Court or Counsel of any objection to Counsel's withdrawal that Plaintiff may have.

Respectfully submitted this 29th day of July, 2021.

_Tamika Sykes_,

Tamika Sykes, Ga Bar #141617



**EXHIBIT A**