IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MCCLENNON DUNCAN         :
KARLTON GHANT,           :
                         :      CIVIL ACTION FILE NO.
        Plaintiffs,      :      1:20-CV-04606-SCJ-LTW
                         :
v.                       :
                         :
CITY OF FAIRBURN,        :
                         :
        Defendant.       :

## MAGISTRATE JUDGE'S ORDER

Before the Court is the Motion of Tamika Sykes to withdraw as counsel of record for Plaintiffs McClennon Duncan and Karlton Ghant ("Plaintiffs"). [Doc. 24]. The Plaintiffs have not filed a response in opposition to the Motion to Withdraw.

Having read and considered Plaintiffs' Counsel's request and there being no objections from the Plaintiffs, the Motion to Withdraw is hereby **GRANTED**. [Doc. 24]. The Clerk is **DIRECTED** to strike Tamika Sykes as counsel of record for the Plaintiffs in this action.

The Plaintiffs are **ORDERED** and **DIRECTED** to inform this Court, within **thirty (30) days** from the docket entry date of this Order, of the name of counsel who

will represent them (either individually or jointly) in this civil action or if they will be proceeding pro se. **The Plaintiffs failure to comply with the Order of this Court and applicable Local Rules may result in dismissal of their case for failure to prosecute pursuant to Local Rule 41.3.**

The Plaintiffs are **DIRECTED** to serve upon the Defendant and/or its counsel a copy of every pleading or other document which is filed with the Clerk of the Court. Each pleading or other document filed with the Clerk shall include a certificate stating the date on which an accurate copy of that paper was mailed to the Defendant or its counsel. This Court shall disregard any submitted papers which have not been properly filed with the Clerk or which do not include a certificate of service.

The Plaintiffs are also **REQUIRED** to **KEEP** the Court and the Defendant advised of their **current addresses and telephone numbers at all times** during the pendency of this action. **The Plaintiffs are admonished that the failure to do so will result in the dismissal of this action**.

**SO ORDERED**, this  31  day of August, 2021.

LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

2